UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ANIMALE GROUP, INC.,** *et al*, § | |
| § | |
| *Plaintiffs*, § | |
| VS. § | **CIVIL ACTION NO. L-07-cv-13** |
| § | |
| **SUNNY'S PERFUME, INC.,** *et al*, § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

On January 8, 2008, Plaintiffs Animale Group, Inc. and Animale Group S.A. and Defendants Sunny's Perfume, Inc., Ambay International Ltd., and Sunil Kumar Tyagi jointly filed and consented to a Stipulated Permanent Injunction and Asset Release. [Dkt. No. 57]. Said injunction and release resolves the claims pending before the Court. Accordingly, the Court now enters a FINAL JUDGMENT. The Clerk of the Court shall designate this case CLOSED.

IT IS SO ORDERED.

DONE this 18th day of April, 2008, in Laredo, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.